USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Lever Style Limited,

                     **Plaintiff,**

            **-against-**

Peter Manning LLC et al.,

                    **Defendants.**

**23-cv-05616 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

On September 25, 2023, Defendants filed an Answer to Plaintiff's Complaint and raised several counterclaims.  ECF No. 9.  Plaintiff has failed to file an answer to Defendant's Counterclaims "within 21 days after being served with the pleading" as required under Fed. R. Civ. P. 12(a)(1)(B).  As a one-time courtesy, the Court *sua sponte* extends this deadline and directs Plaintiff to file their answer by October 23, 2023.

**SO ORDERED.**

**Dated:**     **October 20, 2023**
            **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**