USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/5/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LEVER STYLE LIMITED**

                **Plaintiff,**

    -against-

**PETER MANNING LLC, et al.,**

                **Defendants.**

**23-cv-05616 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of Plaintiff's November 22, 2023 letter requesting a pre-motion conference for their anticipated motion to dismiss Defendants' counterclaims as well as Defendants' November 28, 2023 response in opposition. Plaintiff's request for a pre-motion conference is hereby GRANTED. The Court will hold a telephonic conference in this action on **January 5, 2024 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

Dated:    **December 5, 2023**
              **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**