USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

               Plaintiff,

-against-

PETER MANNING LLC, et al.,

               Defendants.

23-cv-05616 (ALC)

**POST-CONFERENCE ORDER**

**ANDREW L. CARTER, United States District Judge:**

As discussed in today's Court Conference:

- The Counterclaim Defendant's anticipated motion to dismiss the counterclaims is held in abeyance.
- An Order of Reference referring this case to Magistrate Judge James L. Cott will be issued for general pre-trial administration and settlement.
- The Parties are encouraged to engage in a settlement conference for this action.

In follow-up from the Conference:

- **March 21, 2024:** The parties are hereby **ORDERED** to file a joint status report by this date.

**SO ORDERED.**

**Dated: January 5, 2024**
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**