UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lever Style Limited,<br><br>                Plaintiff,<br><br>    v.<br><br>Peter Manning LLC & Jeff Hansen,<br><br>                Defendants; | 23-cv-5616 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Defendant's' voluntary withdrawal of its counterclaims, ECF No. 36, Plaintiff's Motion to Dismiss the Counterclaims, ECF No. 32, is moot. The Clerk of Court is respectfully directed to terminate Plaintiff's motion.

SO ORDERED.

Dated:    February 11, 2025
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**