```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/25/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

        Plaintiff,

-v-

PETER MANNING LLC, ET AL.,

        Defendants.

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated June 24, 2025, Plaintiff Lever Style Limited moves to compel responses to its March 14, 2024 Interrogatories. ECF No. 48. Defendants' response to this letter motion is due by **June 27, 2025**.

A conference is scheduled on **July 8, 2025** at **11:00 a.m.** by telephone to address this discovery dispute. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 102 685 977#).

**SO ORDERED.**

Dated: June 25, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1