```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

           Plaintiff,

-v-

PETER MANNING LLC, ET AL.,

           Defendants.

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Letter Motion dated June 24, 2025, Plaintiff Lever Style Limited moves to compel responses to its March 14, 2024 Interrogatories. ECF No. 48. For the reasons discussed during today's conference, Plaintiff's Letter Motion is **GRANTED IN PART** and **DENIED IN PART**.

    By **July 22, 2025**, the parties are directed to meet and confer regarding each of Plaintiff's interrogatories and each of Defendants' responses thereto. By **August 1, 2025**, Defendants are directed to serve amended responses to Plaintiff's interrogatories.

**SO ORDERED.**

Dated: July 8, 2025
       New York, New York

                                                    Henry J. Ricardo
                                                    United States Magistrate Judge