UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

                Plaintiff,

        -v-

PETER MANNING LLC, ET AL.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2025

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated November 28, 2025, Defendants Peter Manning LLC and Jeff Hansen move to compel responses to their discovery requests. ECF No. 64. Plaintiff's response to this letter motion is due by **December 3, 2025**.

A conference is scheduled on **December 9, 2025** at **3:00 p.m.** by telephone to address this discovery dispute. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 513 590 89#).

**SO ORDERED.**

Dated: December 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1