UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2025__

LEVER STYLE LIMITED,

                    Plaintiff,

        -v-

PETER MANNING LLC, ET AL.,

                  Defendants.

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By letter motion dated December 1, 2025, Defendants Peter Manning LLC and Jeff Hansen move to compel amended disclosures and translations of produced documents.  ECF No. 66.  Plaintiff's response to this letter motion is due by **December 4, 2025**.

This discovery dispute will be addressed during the conference scheduled on **December 9, 2025** at **3:00 p.m.** by telephone.  Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 513 590 89#).

**SO ORDERED.**

Dated: December 2, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge