UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2025____

LEVER STYLE LIMITED,

                Plaintiff,

        -v-

PETER MANNING LLC, ET AL.,

                Defendants.

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to address two letter motions filed by Defendants. ECF Nos. 64 and 66. For the reasons discussed during today's conference, each of Defendants' letter motions at ECF Nos. 64 and 66 are **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff is directed to produce: (1) documents sufficient to show the terms of the HSBC factoring agreement and why the invoices at issue in this action were not subject to that agreement; and (2) contemporaneous documents sufficient to illustrate the legal arrangement whereby TopSun issued invoices for the benefit of Lever Style Limited.

Plaintiff is further directed to provide, to the extent not already provided, descriptions of any real estate owned or leased in New York, any employees located in New York, and any bank accounts located in New York.

Plaintiff is directed to supplement its initial disclosures to identify witnesses as required by Rule 26(a)(1), including those witnesses' employers.

1

Defendants' letter motions are denied to the extent not specifically granted above. The Court notes, however, that Defendants can seek the translation of specific Chinese documents upon a showing of Plaintiff's reliance on them.

The parties are reminded that, pursuant to the Court's November 12, 2025 Order, the deadline to complete all fact discovery is **January 15, 2026**. The deadline to submit a joint status report is extended from today to **December 11, 2025**.

**SO ORDERED.**

Dated: December 9, 2025
         New York, New York

Henry J. Ricardo
United States Magistrate Judge

2