UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

                Plaintiff,

      -v-

PETER MANNING LLC, ET AL.,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/11/2025
```

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on December 9, 2025, lasting over one hour, to address two letter motions filed by Defendants.  ECF Nos. 64 and 66.  During that conference, the Court addressed each dispute as it was presented in the parties' letters.  The Court then entered an Order with its rulings, ECF No. 74, which required Plaintiff to provide certain additional discovery and otherwise denied the motions to compel.  No further clarification will be provided at this time.

**SO ORDERED.**

Dated: December 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1