UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

                        Plaintiff,

            -v-

PETER MANNING LLC, ET AL.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/12/2025

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' three individual status reports, ECF Nos. 75, 77, and 78, which were submitted instead of the single joint status report that the Court requested. The Court does not construe these status reports as asking for any specific relief at this time. Accordingly, the parties are reminded that the **January 15, 2026**, fact discovery deadline remains in effect. Given the impending close of discovery, by no later than **February 16, 2026**, the parties shall either (1) request a pre-motion conference for any summary judgment motions they wish to file in accordance with Judge Carter's Individual Practices, or (2) file their joint pretrial submissions as required by Judge Carter's Individual Practices.

**SO ORDERED.**

Dated: December 12, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1