UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

               Plaintiff,

      -v-

PETER MANNING LLC, ET AL.,

             Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2026
```

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated January 12, 2026, ECF No. 83, the undersigned directed Defendants to respond to Plaintiff's letter motion at ECF No. 82 by January 14, 2026. To date, no response has been filed. In light of Defendants' change of counsel, Defendants shall file a response by **January 20, 2026 at 3:00 p.m.**

The Parties are reminded that a conference is scheduled on **January 22, 2026 at 4:00 p.m.** by telephone. Counsel should contact Chambers using the Court's conference line, 646-453-4442 (Conference ID: 431 192 28#).

**SO ORDERED.**

Dated: January 16, 2026
     New York, New York

                              Henry J. Ricardo
                              United States Magistrate Judge

1