UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVER STYLE LIMITED,

Plaintiff,

-v-

PETER MANNING LLC, ET AL.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/5/2026__
```

**ORDER**

23-CV-5616 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status letter indicating that discovery will conclude by May 15, 2026.  ECF No. 99.  Parties are reminded that their joint pretrial order is due 30 days after the close of discovery under Judge Carter's Individual Practices unless otherwise ordered by the Court or unless a dispositive motion is filed.

**SO ORDERED.**

Dated: May 5, 2026
         New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1