UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

LEVER STYLE LIMITED,

                       Plaintiff,       :       23-cv-5616 (ALC)

             -against-      :       **ORDER**

Peter Manning LLC and Jeff Hansen  :

             , Defendants.    :

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., United States District Judge:

     Defendants are ORDERED to respond to Plaintiff's May 29, 2026 letter seeking a pre-motion conference by June 8, 2026.

SO ORDERED.
Dated:    June 5, 2026.
         New York, New York

                                               _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge