UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x

LEVER STYLE LIMITED                          :
                                             :
                          Plaintiff,         :        1:23-cv-5616 (ALC)
                                             :
          -against-                          :        **ORDER**
                                             :
PETER MANNING LLC & JEFF HANSEN              :
                                             :
          Defendants.                        :
                                             :
                                             :

----------x

**ANDREW L. CARTER, JR, United States District Judge:**

The Court grants the Parties;' request to adjourn the conference. The Parties should appear in person at the Thurgood Marshall United States Courhouse, 40 Foley Square, in Courtroom 444 on July 2, 2026 at 10:30am. The Parties should be prepared to discuss the status of settlement. The Clerk of Court is respectfully directed to terminate ECF No. 105.

**SO ORDERED.**

**Dated:** June 23, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**