**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————-x

**LEVER STYLE LIMITED**                     :
                                            :
                        Plaintiff,          :      **1:23-cv-5616 (ALC)**
                                            :
        -against-                           :      <u>**ORDER**</u>
                                            :
**PETER MANNING LLC & JEFF HANSEN**          :
                                            :
        **Defendants.**                      :
                                            :

—————-x

**ANDREW L. CARTER, JR, United States District Judge:**

The Court orders the Parties to file a joint status report by July 22, 2026.

**SO ORDERED.**

**Dated:** July 2, 2026

                                          _____

**New York, New York**                     **ANDREW L. CARTER, JR.**
                                          **United States District Judge**