

**Marc J. Gross, Esq.**
(914) 872-7313
marc.gross@wilsonelser.com

July 22, 2026

**VIA ECF**
Hon. Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lever Style Limited v. Peter Manning LLC & Jeff Hansen*
Joint Status Report
Case No. 23-cv-05616 (ALC)(HJR)
Our File No. 25050.00002

Dear Judge Ricardo:

We represent Plaintiff Lever Style Limited ("Plaintiff") in the above-referenced action. Pursuant to the Court's Order dated July 2, 2026 (ECF No. 109), the parties were directed to file a joint status report by July 22, 2026. The parties respectfully submit the instant status letter to apprise the Court of the current posture of settlement discussions and the parties' proposed briefing schedule for Plaintiff's motion for summary judgment.

### I.   Defendant's Settlement Offer and Financial Document Production

On July 13, 2026, Defendants made a settlement offer to Plaintiff. On July 14, 2026, Defendants subsequently provided certain financial documents in connection with that offer. However, the production was limited solely to Defendant Peter Manning LLC and was materially incomplete, omitting, among other things: a balance sheet, aged payables and receivables, a debt schedule, tax returns, inventory valuation, borrowing availability, and any financial information whatsoever for Defendant Jeff Hansen personally.

### II.   Plaintiff's July 16, 2026 Requests for Additional Financial Information

On July 16, 2026, Plaintiff requested personal financial information for Defendant Jeff Hansen, including real estate holdings, bank accounts, other assets of value, and tax returns. On the same date, Plaintiff requested additional financial information from Defendant Peter Manning LLC,

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

**Error! Unknown document property name.**

**WILSON** ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

specifically: a current balance sheet, cash flow statements, accounts receivable and accounts payable aging reports, tax returns, inventory reports, and records of owner distributions.

To date, Defendants have not provided any additional documentation in response to these requests.

### III.    Incomplete Hardship Showing

The documents produced to date do not constitute a complete hardship showing. The production omits core solvency information, including: assets, liabilities, inventory, receivables, payables, debt principal, loan covenants, owner distributions, and any financial information for Defendant Jeff Hansen as guarantor. Without this information, Plaintiff is unable to meaningfully evaluate Defendants' claimed inability to satisfy a judgment.

### IV.    Settlement Status and Requested Briefing Schedule

In light of the foregoing, settlement does not appear likely at this juncture. Accordingly, the parties have agreed to the following briefing schedule for Plaintiff's motion for summary judgment:

> Opening Brief: September 25, 2026
> Opposition (if any): October 23, 2026
> Reply: November 6, 2026

The foregoing schedule accounts for Plaintiff's counsel's anticipated paternity leave. Plaintiff respectfully requests that the Court so-order the above briefing schedule.

Thank you for your consideration of the foregoing.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Marc J. Gross

Marc J. Gross

cc:    Via ECF

John Robert Skrabanek
Joel D. Vago
James Terpak

**Error! Unknown document property name.**