**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**LEVER STYLE LIMITED**

**Plaintiff,**

**-against-**

**PETER MANNING LLC & JEFF HANSEN**

**Defendants.**

---------------------------------------------------------x

**1:23-cv-5616 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR, United States District Judge:**

The Court schedules a telephonic conference on August 7, 2026 at 3 pm. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** July 23, 2026
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**