**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**LEVER STYLE LIMITED** :
:
**Plaintiff,** : **1:23-cv-5616 (ALC)**
:
**-against-** : **ORDER**
:
**PETER MANNING LLC & JEFF HANSEN** :
:
**Defendants.** :
:
------------x

**ANDREW L. CARTER, JR, United States District Judge:**

The Court encourages the Parties to continue pursuing settlement and to provide a joint status report regarding settlement and the desire for assistance with this by August 28, 2026.

If settlement is not reached, the opening summary judgment brief is due September 25, 2026, any opposition by October 23, 2026, and any reply by November 6, 2026.

**SO ORDERED.**

**Dated:** August 7, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**