**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**LEVER STYLE LIMITED,**

**Plaintiff,**

**-against-**

**PETER MANNING and JEFF HANSEN,**

**Defendants.**

---------------------------------------------------------- x

**1:23-cv-05616 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 14, 2026, Defendants filed a letter motion requesting that the briefing schedule be suspended. Plaintiff filed its response on October 15, 2026. Defendants' motion for an indeterminate suspension in the briefing schedule is DENIED. The Court grants the following extensions:

| | |
|---|---|
| Defendant's Opposition | November 13, 2026 |
| Plaintiff's Reply, if any: | November 30, 2026 |

The Clerk of Court is respectfully directed to terminate pending letter motion at ECF No. 119.

**SO ORDERED.**

**Dated:** October 20, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**